# EXHIBIT 5



**ACQUISITION OPPORTUNITY: GLASSES-FREE 3D TECHNOLOGY**
**STREAM TV NETWORKS, INC. AND OTHER DIRECT AND INDIRECT ASSETS**

300 Barr Harbor Dr., Suite 420
West Conshohocken, PA 19428
Phone: (610) 940-1094
www.ssgca.com

**Transaction Summary**

Stream TV Networks, Inc. and Technovative Media, Inc. (collectively, "Stream" or the "Company") filed for protection under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania on March 15, 2023 (jointly administered Case No. 23-10763 (AMC)). The Company is currently operating as a debtor-in-possession and is presently under the control of a Chapter 11 Trustee ("Trustee") pursuant to 11 U.S.C. § 1104 of the U.S. Bankruptcy Code. Upon consideration of the Trustee, SSG was retained as the exclusive investment banker to market the Company's assets and solicit competing offers to the proposed stalking horse credit bid, which is approximately **$150 million**. The bid deadline will be determined at a later date, pending approval of the bid procedures by the bankruptcy court. The proposed sale will be pursuant to Section 363 of the U.S. Bankruptcy Code and will be on an "as is, where is" basis.

**Company Overview**

Stream, through both its U.S. and foreign subsidiaries, is the owner and developer of a cutting-edge technology stack comprising proprietary hardware, optics and software that delivers an advanced glasses-free 3D ("GF3D") display experience. Branded as Ultra-D™, the technology can be applied to numerous display devices, including digital signage and advertising, laptops, smartphones, tablets, automotive panels, monitors, game players and televisions. The Company's extensive intellectual property portfolio covers key technological advancements in optical solutions, display manufacturing, 3D image rendering, and optical stack design, providing robust protection for the Company's innovations. The technology can be licensed and embedded into partner hardware, enabling devices to display both native 2D content and immersive 3D content. Beyond hardware integration, the Company's rendering software can enhance the depth of standard 2D media, creating new viewing opportunities for legacy video. Lastly, to facilitate native 3D content creation, the Company has developed software development kits and plugins for gaming and other widely used platforms in the industry.

**Situational Overview**

Since its founding in 2009, Stream has raised and invested over $150 million in research and development, consistently advancing its technology over the past 15 years. During this period, the Company made significant technological advancements, securing numerous patents, enhancing image resolution, expanding the range of addressable display sizes, developing prototypes, and integrating software and hardware components into early models. Starting in 2019, the Company faced a series of contested and ongoing legal disputes with its stakeholders, which prevented the Company from commercializing its technology. As a result of these issues, the Company filed for protection under Chapter 11 of the U.S. Bankruptcy Code in order to manage liquidity and resolve outstanding secured debt and stakeholder litigation in a controlled forum. Following contested legal issues and limited progress among parties, the appointment of a Trustee was granted, and a settlement was reached to move forward with a sale of the Company's assets.

**Assets Overview**

Stream was founded to develop and commercialize its proprietary Ultra-D™ technology, which enables glasses-free 3D viewing. To support this effort, Stream established Technovative, a wholly owned subsidiary, which in turn directly or indirectly controls several entities, including SeeCubic B.V. ("SCBV"), a Netherlands-based company that serves as the primary research and development hub for the business. Together, these subsidiaries own and hold rights to various technologies, including Ultra-D. The development of Ultra-D was partially based on intellectual property licensed from Koninklijke Philips Electronics, including a portfolio of patents related to glasses-free 3D technology. In certain circumstances, the Trustee may be asked to sell equity interests in specific downstream entities with respect to the sale.

**Unique Features and Diverse Applications of Technology**

The Company's technology offers an attractive opportunity with the following attributes:

- No special glasses or eye-wear required
- Provides 3D viewing from any viewpoint
- Tech is independent of display technology
- Proprietary tech enhances standard 2D content
- Multiple viewers can watch content simultaneously
- Robust patent portfolio
- Scalable across multiple devices and screen sizes
- Proprietary manufacturing techniques

       

*To receive additional information, please request a Confidentiality Agreement from any of the individuals listed below:*

| J. Scott Victor | Teresa C. Kohl | Craig D. Warznak | Alexander D. Lamm | Samuel P. Charlton |
|---|---|---|---|---|
| *Managing Director* | *Managing Director* | *Senior Vice President* | *Senior Associate* | *Senior Analyst* |
| (610) 940-5802 | (610) 940-9521 | (610) 940-3615 | (610) 940-3882 | (610) 940-1072 |
| jsvictor@ssgca.com | tkohl@ssgca.com | cwarznak@ssgca.com | alamm@ssgca.com | scharlton@ssgca.com |

SSG Advisors, LLC is an affiliate of SSG Capital Advisors, LLC, an SEC-registered broker-dealer and a member of FINRA and SIPC.