# EXHIBIT 12

```
                    UNITED STATES BANKRUPTCY COURT

                   FOR THE DISTRICT OF PENNSYLVANIA

                                              :
 IN RE:                                       : Case No.  23-10763
                                              :
 STREAM TV NETWORKS, INC.    CH: 11           :
 AND TECHNOVATIVE MEDIA,                      :
 INC.                                         : Philadelphia, Pennsylvania
                                              : November 13, 2024
                                              : 11:00 a.m.
 . . . . . . . . . . . . . . . . . .          :

                BEFORE THE HONORABLE ASHELY M. CHAN
                   UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

| | |
|---|---|
| For SeeCubic, Inc.: | Marley Brumme, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>500 Boylston Street, 23rd Floor<br>Boston, MA 021116<br>617-573-4800 |
| For Rembrandt: | Andrew Peter Demarco<br>Devlin Law Firm, LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>302-449-9010<br><br>Christopher Michaels |
| For SSG Capital Advisors: | Samuel Charlton |
| For VSI: | John H. Thompson<br>Akerman<br>750 Ninth Street, N.W.<br>Suite 750<br>Washington, D.C. 20001<br>202-393-6222 |
| For Hawk Investment Holdings Ltd.: | Steven Caponi, Esq.<br>Margaret Westbrook, Esq.<br>K&L Gates<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>302-416-7080 |

```
                                Jonathan N. Edel, Esq.
                                300 South Tryon St., Suite 1000
                                Charlotte, NC 28202

For the Trustee:                Michael D. Vagnoni, Esq.
                                Obermayer Rebmann Maxwell &
                                Hippel LLP
                                Centre Square West
                                1500 Market Street, Suite 3400
                                Philadelphia, PA 19102
                                215-665-3066

                                Steven M. Coren, Esq.
                                Kaufman Coren & Ress, P.C.
                                Two Commerce Square
                                Suite 3900
                                2001 Market Street
                                Philadelphia, PA 19103-2713
```

Proceedings recorded by electronic sound recording; transcript produced by TheRecordXchange.

1                   Why during the year plus that I've been coming to
2     this court and the bankruptcy have they not, when Mr. Rajan
3     controls everything, get relief from the Court?
4                   THE COURT:  Okay.  So let's everyone just return to
5     my focus, which is what is being sold?
6                   Did you want to say something, ma'am?
7                   MS. BRUMME:  Yes, briefly, Your Honor.
8                   THE COURT:  Who do you represent?
9                   MS. BRUMME:  Marley Ann Brumme from Skadden on behalf
10    of SeeCubic, Inc., the Delaware entity.  And contrary to what
11    our friends over here have to say, the supervision process of
12    the return of the assets from SeeCubic, Inc. back to Stream was
13    supervised by Vice Chancelor Laster and we've been hearing for
14    a year at least that SeeCubic, Inc. has not returned things.
15                  That Mr. Stastney has things and until this bit of
16    evidence that he's presented here today about the Trustee
17    apparently seeing a demo unit, we've never seen any evidence to
18    substantiate that SeeCubic, Inc., the US entity and Mr.
19    Stastney, retained any assets.
20                  What I think is getting lost here is that Stream TV,
21    as I think Your Honor understands, is a holding company.  The
22    demo units were developed and built by SeeCubic B.V. in the
23    Netherlands, which is five entities down in the corporate
24    structure.  Any demo unit that has been produced and especially
25    one that Mr. Homony has seen would be from SeeCubic B.V., which

1  is not a debtor here.
2              Further, Mr. Stastney, which they love to impugn
3  here.
4              THE COURT:  The entity that you just said, though,
5  are they trying to sell the equity in that entity?  The one
6  that's not the Debtor?
7              MS. BRUMME:  It's five levels down.  So Stream --
8              THE COURT:  But they are trying?  That is being sold
9  as part of the --
10             MS. BRUMME:  The equity would be sold in the first
11 level subsidiaries.
12             THE COURT:  And so they would own that equity?
13             MS. BRUMME:  And then it would waterfall down.
14             THE COURT:  Okay.
15             MS. BRUMME:  Mr. Stastney notably is the director of
16 SeeCubic B.V. the Netherlands entity that develops all the
17 tech, and Mr. Stastney was installed as director by a
18 Netherlands Court when moving Mr. Rajan.
19             So any sort of implication that Mr. Stastney and
20 SeeCubic, Inc. are unlawfully retaining anything, there's no
21 evidence of that, one.  And two, they can't conflate SeeCubic,
22 Inc. and what's going on at SeeCubic B.V.
23             THE COURT:  Okay.  Thank you.  Okay.  Let's stop one
24 second.
25             So I think what would be helpful for me is if we