AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD., a Nevis Corporation<br>*Plaintiff(s)*<br>v.<br>WILLIAM A. HOMONY, an individual residing in Pennsylvania and Chapter 11 Trustee for The Estates of Stream TV Networks, Inc. and Technovative Media, Inc.; SSG ADVISORS, LLC, a Pennsylvania Corporation; J. SCOTT VICTOR, an individual working for SSG ADVISORS, LLC, TERESA C. KOHL, an individual working for SSG ADVISORS, LLC, CRAIG D. WARZNAK, an individual working for SSG ADVISORS, LLC, ALEXANDER D. LAMM, an individual working for SSG ADVISORS, LLC, SAMUEL P. CHARLTON, an individual working for SSG ADVISORS, LLC, and DOES 1-10, inclusive,<br>*Defendant(s)* | Civil Action No.   24-6706 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> William Homony
>
> 1628 John F. Kennedy Blvd., Suite 950,
> Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ANDREW DEMARCO
DEVLIN LAW FIRM LLC
1526 GILPIN AVE
WILMINGTON, DE 19806

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/18/24

*Michele Helmer*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-6706

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  I served the summons on William Homony's counsel Steven Coren on March 18, 2025,
via email at SCoren@kcr-law.com as the counsel has agreed to accept service on behalf of defendant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: March 18, 2025            /s/ Feng Xu
                                *Server's signature*

                    Feng Xu (Paralegal at Devlin Law Firm LLC)
                                *Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**Feng Xu**

---

| | |
|---|---|
| **From:** | Steven Coren <SCoren@kcr-law.com> |
| **Sent:** | Monday, March 17, 2025 6:00 PM |
| **To:** | Andrew DeMarco |
| **Cc:** | Christopher Michaels; Michael Vagnoni; Edmond M. George Obermayer Rebmann Maxwell Hippel LLP; Andrew Belli |
| **Subject:** | Re: Rembrandt 3D Holding LTD. v. Homony, et al., E.D. Pa. No. 24-6706-JMY |

Please send me a copy and we will accept service as of today.


Regards,


STEVEN


STEVEN M. COREN
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA  19103
Office: (215) 735-8700
Cell: (215) 498-8700
E-mail: scoren@kcr-law.com
Website: www.kcr-law.com



> On Mar 17, 2025, at 5:45 PM, Andrew DeMarco <ademarco@devlinlawfirm.com> wrote:
>
> **EXTERNAL EMAIL.**
>
> Counsel,
>
> It was the Complaint in this action. Thank you.  Our staff can email you a courtesy copy, if you wish.
>
> Best,
>
> Andrew

On Mar 17, 2025 5:28 PM, Steven Coren <SCoren@kcr-law.com> wrote:

> Counsel:
>
> Did Rembrandt attempt service today upon Trustee Homony of the Complaint in the above action or some other document?
>
> If so, please identify the document sought to be served and I will accept service on behalf of the Trustee.
>
> Regards,
>
> STEVEN
>
> STEVEN M. COREN
>
> COREN & RESS, P.C.
>
> Two Commerce Square, Suite 3900
>
> 2001 Market Street
>
> Philadelphia, PA  19103
>
> Office: (215) 735-8700
>
> Cell: (215) 498-8700
>
> E-mail: scoren@kcr-law.com
>
> Website: www.kcr-law.com

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

2

**Feng Xu**

| | |
|---|---|
| **From:** | Feng Xu |
| **Sent:** | Tuesday, March 18, 2025 9:50 AM |
| **To:** | Andrew DeMarco; Steven Coren |
| **Cc:** | Christopher Michaels; Vagnoni, Michael; Edmond M. George - Obermayer Rebmann Maxwell & Hippel LLP (edmond.george@obermayer.com); Andrew Belli; DLF- Lit Paras |
| **Subject:** | RE: Rembrandt 3D Holding LTD. v. Homony, et al., E.D. Pa. No. 24-6706-JMY |
| **Attachments:** | DI 01 2024-12-17 COMPLAINT for Patent Infringement.pdf; DI 01-1 2024-12-17 Exhibit 1.pdf; DI 01-2 2024-12-17 Exhibit 2.pdf; DI 01-3 2024-12-17 Exhibit 3.pdf; DI 01-4 2024-12-17 Exhibit 4.pdf; DI 01-05 2024-12-17 Exhibit 5.pdf; DI 01-6 2024-12-17 Exhibit 6.pdf; DI 01-7 2024-12-17 Exhibit 7.pdf; DI 01-8 2024-12-17 Exhibit 8.pdf; DI 01-9 2024-12-17 Exhibit 9.pdf; DI 01-10 2024-12-17 Exhibit 10.pdf; DI 01-11 2024-12-17 Exhibit 11.pdf; DI 01-12 2024-12-17 Exhibit 12.pdf; DI 01-13 2024-12-17 Exhibit 13.pdf; DI 01-14 2024-12-17 Exhibit 14.pdf; DI 01-15 2024-12-17 Civil Cover Sheet.pdf; DI 01-16 2024-12-17 Designation Form.pdf; DI 02 2024-12-18 SUMMONS Issued_Homony.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

Please see attached for the complaint and summons.

Regards,



Feng Xu
1526 Gilpin Ave, Wilmington, DE 19806
(302) 449-9013

---

**From:** Andrew DeMarco <ademarco@devlinlawfirm.com>
**Sent:** Monday, March 17, 2025 5:46 PM
**To:** Steven Coren <SCoren@kcr-law.com>
**Cc:** Christopher Michaels <michaels@bpmlegal.com>; Vagnoni, Michael <michael.vagnoni@obermayer.com>; Edmond M. George - Obermayer Rebmann Maxwell & Hippel LLP (edmond.george@obermayer.com) <edmond.george@obermayer.com>; Andrew Belli <ABelli@kcr-law.com>
**Subject:** Re: Rembrandt 3D Holding LTD. v. Homony, et al., E.D. Pa. No. 24-6706-JMY

Counsel,

It was the Complaint in this action. Thank you. Our staff can email you a courtesy copy, if you wish.

Best,

Andrew

On Mar 17, 2025 5:28 PM, Steven Coren <SCoren@kcr-law.com> wrote:

1

Counsel:

Did Rembrandt attempt service today upon Trustee Homony of the Complaint in the above action or some other document?

If so, please identify the document sought to be served and I will accept service on behalf of the Trustee.

Regards,

STEVEN


STEVEN M. COREN

COREN & RESS, P.C.

Two Commerce Square, Suite 3900

2001 Market Street

Philadelphia, PA  19103

Office: (215) 735-8700

Cell: (215) 498-8700

E-mail: scoren@kcr-law.com

Website: www.kcr-law.com