IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REMBRANDT 3D HOLDING LTD,**<br><br>**Plaintiff,**<br>v.<br><br>**WILLIAM A. HOMONY, AS CHAPTER 11 TRUSTEE,** *et al.*,<br><br>**Defendants.** | Case No. 2:24-cv-6706-JMY |

**DEFENDANTS' JOINT MOTION TO DISMISS COMPLAINT**

William A. Homony, in his capacity as Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative," and collectively with Stream, the "Debtors"), SSG Advisors, LLC, J. Scott Victor, Teresa C. Kohl, Craig D. Warznak, Alexander D. Lamm, and Samuel P. Charlton, by and through their undersigned counsel, hereby move this Honorable Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint [D.I. 1] filed against them in the above-captioned action by plaintiff Rembrandt 3D Holding Ltd.

Dated: April 4, 2025

/s/ Jeffrey Kurtzman
Jeffrey Kurtzman, Esquire
KURTZMAN STEADY, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 883-1600
kurtzman@kurtzmansteady.com

*Counsel to SSG Advisors, LLC, J. Scott Victor, Teresa C. Kohl, Craig D. Warznak, Alexander D. Lamm, and Samuel P. Charlton*

Respectfully submitted,

*/s/ Steven M. Coren*
Steven M. Coren, Esquire
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
scoren@kcr-law.com

and

/s/ *Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066

*Counsel to the Trustee*