IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REMBRANDT 3D HOLDING LTD,**<br><br>**Plaintiff,**<br>v.<br><br>**WILLIAM A. HOMONY, AS CHAPTER 11 TRUSTEE,** *et al.*,<br><br>**Defendants.** | Case No. 2:24-cv-6706-JMY |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendants' Joint Motion to Dismiss, and any response thereto, it is hereby ORDERED and DECREED that the Joint Motion to Dismiss is GRANTED and that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
HONORABLE JOHN MILTON YOUNGE
United States District Court Judge