## CERTIFICATE OF SERVICE

I, Steven M. Coren, hereby certify that on April 4, 2025, I caused a copy of the foregoing Joint Motion to Dismiss to be filed electronically and made available for viewing and downloading from the ECF system. This document will be served upon the following counsel by ECF:

>Neil A. Benchell, Esq.
>Andrew DeMarco, Esq.
>DEVLIN LAW FIRM LLC
>1526 Gilpin Avenue
>Wilmington, DE 19806
>*Attorneys for Plaintiff*

>/s/ Steven M. Coren
>Steven M. Coren