**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| REMBRANDT 3D HOLDINGS LTD., | : |
| Plaintiff, | : |
| v. | : Civil No.: 2:24-cv-06706-JMG |
| WILLIAM A. HOMONY, *et al.* | : |
| Defendants. | : |

**JOINT STATUS REPORT**

This Joint Status Report is submitted in accordance with the Court's August 14, 2025, Order [D.I. #26]. The Parties report as follows:

1. On or about June 30, 2025, William A. Homony (the "Trustee"), in his capacity as the Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative" or when referred to with Stream, the "Debtors") entered into a settlement (the "Settlement") with Rembrandt 3D Holdings LTD. ("Rembrandt").

2. In accordance therewith, on July 15, 2025, the Trustee filed a motion (the "9019 Motion") seeking the Bankruptcy Court's approval of the Settlement pursuant to Bankruptcy Rule 9019 and the enforcement of SeeCubic, Inc.'s ("SeeCubic") indemnification obligations [Bankruptcy No. 23-10763-DJB, D.I. #1040].

3. The 9019 Motion was scheduled to be heard on August 13, 2025.

4. On or about July 29, 2025, SeeCubic filed a response to the 9019 Motion (the "SeeCubic Response") [Bankruptcy No. 23-10763-DJB, D.I. #1045].

5. On or about July 31, 2025, the Trustee and Visual Semiconductor, Inc. ("VSI") entered into a stipulation whereby VSI's time to respond to the 9019 Motion was extended until and including August 7, 2025 [Bankruptcy No. 23-10763-DJB, D.I. #1049].

6. On or about August 7, 2025, VSI filed a response to the 9019 Motion (the "VSI Response") [Bankruptcy No. 23-10763-DJB, D.I. #1053].

7. Also, on or about August 7, 2025, the Trustee filed an expedited motion seeking: (i) leave to file a reply brief in support of the 9019 Motion and in response to the SeeCubic Response, and (ii) authority to file a reply to the VSI Response without the need to seek further leave of the Bankruptcy Court (the "Leave Motion") [Bankruptcy No. 23-10763-DJB, D.I. #1056].

8. The Trustee requested expedited consideration of the Leave Motion, which request has not yet been ruled upon by the Bankruptcy Court. As such, the Leave Motion is currently pending before the Bankruptcy Court with no set hearing date.

9. Thereafter, on August 10, 2025, VSI filed an Expedited Motion for a Continuance of the hearing on the 9019 Motion [Bankruptcy No. 23-10763-DJB, D.I. #1062].

10. The Trustee and Rembrandt consented to VSI's request for a continuance, and on August 11, 2025, the hearing on the 9019 Motion was rescheduled for September 8, 2025 [Bankruptcy No. 23-10763-DJB, D.I. #1064].

11. The 9019 Motion to approve the Settlement with Rembrandt is set to be heard on September 8, 2025.

12. The Parties will file subsequent reports in accordance with this Court's August 14, 2025, Order.

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully Submitted,

/s/ Andrew DeMarco
Andrew DeMarco, Esquire
DEVLIN LAW FIRM LLC
1526 Gilpin Ave
Wilmington, DE 19806
302-449-9010
Fax: 302-353-4251
Email: ademarco@devlinlawfirm.com

*Counsel to Rembrandt 3D Holding Ltd.*

/s/ Steven M. Coren
Steven M. Coren, Esquire
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
scoren@kcr-law.com

and

/s/ Michael D. Vagnoni
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
michael.vagnoni@obermayer.com

*Counsel to the Trustee*

/s/ Jeffery Kurtzman
Jeffrey Kurtzman, Esquire
KURTZMAN STEADY, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 883-1600
kurtzman@kurtzmansteady.com

*Counsel to SSG Advisors, LLC, J. Scott Victor, Teresa C. Kohl, Craig D. Warznak, Alexander D. Lamm, and Samuel P. Charlton*

Dated: September 2, 2025