**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REMBRANDT 3D HOLDINGS LTD., | : |
| Plaintiff, | : |
| v. | : Civil No.: 2:24-cv-06706-JMG |
| WILLIAM A. HOMONY, *et al*. | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

On September 2, 2025, I filed an electronic copy of the foregoing Joint Status Report with the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system, which will effectuate service on all counsel registered therewith.

/s/ Steven M. Coren
Steven M. Coren, Esquire
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
scoren@kcr-law.com

*Counsel to the Trustee*