IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REMBRANDT 3D HOLDINGS LTD., | : : : |
| Plaintiff, | : : |
| v. | Civil No.: 2:24-cv-06706-JMG : : |
| WILLIAM A. HOMONY, *et al.* | : : |
| Defendants. | : : |

## JOINT STATUS REPORT

This Joint Status Report is submitted in accordance with the Court's August 14, 2025, Order [D.I. #26] and as an update to the Joint Status Reports previously filed by the Parties on September 2, 2025 [D.I. #27], September 30, 2025 [D.I. #28], October 30, 2025 [D.I. #29], and November 26, 2025 [D.I. #30]. The Parties report as follows:

1. On or about June 30, 2025, William A. Homony (the "Trustee"), in his capacity as the Chapter 11 trustee of the bankruptcy estates of Stream TV Networks, Inc. ("Stream") and Technovative Media Inc. ("Technovative" or when referred to with Stream, the "Debtors") entered into a settlement (the "Settlement") with Rembrandt 3D Holdings LTD. ("Rembrandt").

2. In accordance therewith, on July 15, 2025, the Trustee filed a motion (the "9019 Motion") seeking the Bankruptcy Court for the Eastern District of Pennsylvania's (the "Bankruptcy Court") approval of the Settlement pursuant to Bankruptcy Rule 9019 and the enforcement of SeeCubic, Inc.'s ("SeeCubic") indemnification obligations [Bankruptcy No. 23-10763-DJB, D.I. #1040].

4920-2278-7717 v2

3. After responses by SeeCubic and Visual Semiconductor, Inc. ("VSI") were filed, the hearing on the 9019 Motion was held and concluded on September 8, 2025 [Bankruptcy No. 23-10763-DJB, D.I. #1085].

4. On October 31, 2025, the Bankruptcy Court entered an order granting the 9019 Motion in part. The Bankruptcy Court approved the Settlement but declined to enforce SeeCubic's indemnification obligations (the "9019 Order") [Bankruptcy No. 23-10763-DJB, D.I. #1137].

5. The Bankruptcy Court supported the 9019 Order with a written opinion (the "9019 Opinion") [Bankruptcy No. 23-10763-DJB, D.I. #1136].

6. On November 13, 2025, VSI filed a Notice of Appeal, seeking to appeal the 9019 Order. [Bankruptcy No. 23-10763-DJB, D.I. #1147].

7. VSI's appeal of the 9019 Order is docketed under E.D. Pa. No. 25-cv-06463.

8. VSI's Appellant Designation was filed on November 26, 2025. [Bankruptcy No. 23-10763-DJB, D.I. #1157].

9. The Trustee filed his Designation of Additional Items on Appeal on December 10, 2025. [Bankruptcy No. 23-10763-DJB, D.I. #1161].

10. VSI's Appellant Brief is due January 14, 2026. [E.D. Pa. No. 25-cv-06463, D.I. #4].

11. An indemnification judgment was not entered against SeeCubic by December 30, 2025, and the date to enter such indemnification judgment was not extended by agreement.

12. The entering of an indemnification judgment against SeeCubic was a condition precedent to the enforceability of the Settlement.

13. As such, the Settlement was not rendered effective and is null and void.

14. The Parties request that the Court reinstate all matters that were suspended or otherwise impacted by the Settlement.

Respectfully Submitted,

/s/ Andrew DeMarco
Andrew DeMarco, Esquire
DEVLIN LAW FIRM LLC
1526 Gilpin Ave
Wilmington, DE 19806
302-449-9010
Fax: 302-353-4251
Email: ademarco@devlinlawfirm.com

*Counsel to Rembrandt 3D Holding Ltd.*

/s/ Jeffery Kurtzman
Jeffrey Kurtzman, Esquire
KURTZMAN STEADY, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 883-1600
kurtzman@kurtzmansteady.com

*Counsel to SSG Advisors, LLC, J. Scott Victor, Teresa C. Kohl, Craig D. Warznak, Alexander D. Lamm, and Samuel P. Charlton*

/s/ Steven M. Coren
Steven M. Coren, Esquire
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700
scoren@kcr-law.com

and

/s/ Michael D. Vagnoni
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
michael.vagnoni@obermayer.com

*Counsel to the Trustee*

Dated: January 6, 2026

4920-2278-7717 v2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REMBRANDT 3D HOLDINGS LTD., | : |
| Plaintiff, | : |
| v. | : Civil No.: 2:24-cv-06706-JMG |
| WILLIAM A. HOMONY, *et al*. | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

On January 6, 2026, I filed an electronic copy of the foregoing Joint Status Report with the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system, which will effectuate service on all counsel registered therewith.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3066
michael.vagnoni@obermayer.com

*Counsel to the Trustee*

4

4920-2278-7717 v2