## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REMBRANDT 3D HOLDING, LTD.**, | : | Case No.   24-cv-6706-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM A. HOMONY,** *et al.*, | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 25th day of February, 2026, it is hereby **ORDERED** that the Final Pre-Trial conference in the above-captioned matter, scheduled for Tuesday, March 3, 2026 at 2:00 P.M. is **CANCELED**.

BY THE COURT:

/s/ *John Milton Younge*
_____
Judge John Milton Younge