**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REMBRANDT 3D HOLDINGS LTD., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.:  2:24-cv-06706-JMG |
| | : | |
| WILLIAM A. HOMONY, *et al.* | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 21st day of April, 2026, upon consideration of Defendants' Joint Motion to Dismiss Plaintiff's Complaint (ECF No. 16), Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Complaint (ECF No. 18), Reply in Further Support of Defendants' Joint Motion to Dismiss Complaint (ECF No. 21), Plaintiff's Sur-Reply in Opposition to Defendants' Motion to Dismiss Complaint (ECF No. 24), and the Stipulation of Dismissal with Prejudice (ECF No. 37),

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 37) is **APPROVED** and the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs and fees.

**IT IS FURTHER ORDERED** that Defendants' Joint Motion to Dismiss (ECF No. 16) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** the case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge